**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8042**

———————

RAYMOND OFFUTT,

Plaintiff - Appellant,

versus

WILLIAM FILBERT, Warden; WILLIAM W. SONDER-
VANE, Commissioner of Maryland Division of
Corrections,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-01-
3253-AMD)

———————

Submitted: February 21, 2002          Decided: March 6, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Raymond Offutt, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Offutt appeals the district court's order dismissing as frivolous or malicious his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Offutt v. Filbert, No. CA-01-3253-AMD (D. Md. filed Nov. 21, 2001; entered Nov. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2